## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | | |
|---|---|---|
| VICKIE BENSON and | ) | |
| BRENDA UNDERWOOD | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No: 3:03-cv-445 |
| | ) | (Jarvis/Shirley) |
| v. | ) | |
| | ) | |
| SCI TENNESSEE MANAGEMENT | ) | |
| SERVICES, INC. d/b/a SHERWOOD | ) | |
| MEMORIAL GARDENS, | ) | |
| | ) | |
| Defendant. | ) | |

### AGREED ORDER

Before the Court is a Joint Motion to Stay Deadlines. For cause shown, the Motion is GRANTED. All deadlines for filing memoranda in opposition to, and in further support of, Defendant's Motion for Summary Judgment are STAYED until the Court disposes of Defendant's Motion to Enforce Settlement Agreement or until further order of the Court.

_s/ James H. Jarvis_
James H. Jarvis, United States District Judge

PREPARED BY:                            APPROVED BY:


_s/John T. Winemiller_                  _s/Stephen T. Hyder_
John A. Lucas (011198)                  Stephen T. Hyder (015325)
John T. Winemiller (021084)             616 Dunlap Street
 **HUNTON & WILLIAMS, LLP**             P.O. Box 5389
 2000 Riverview Tower                   Maryville, Tennessee 37802-5389
 900 South Gay Street                   (865) 977-7454 (telephone)
 Knoxville, Tennessee 37902             (865) 977-4454 (facsimile)
 (865) 549-7700 (telephone)
 (865) 549-7704 (facsimile)